In the United States District Court of ~~Clerk U.S./District Court~~ Texas.
~~Northern Dist. of TX~~
~~Lubbock Division~~

Civil Action No 1219912521

"Plantiff

5:21-CV-0012-H

2021 JAN 19 AM 9:44

Daniel Ray Garcia

DEPUTY CLERK ~~BMK~~

Defendant   305,
Ronny Pipkin ~~805~~ E Ave. A. Seminole Texas 79360
Sued in his individual capacitie.

## COMPLAINT WITH JURY DEMAND

Sherriff Ronny Pipkin has moved me from Gaines County Jail to Garza County Jail to hold me. The Court has Granted me Pro Se 1-16-2020 I Been in Garza County 10-16-2019 I am Sueing sherriff Ronny Pipkin in his Individual capacitie. in violating my fourteenth Amendment of the Constitution of the United States. With out authority of law or Constitution and Thus has no immunity. my Due Process of law has Been violated Due to witness Can not Be interveiwed By Pro Se Defendant and all live in Gaines County the Sherriff Sends me so far no witness will Come to the Jail for interview Did this Due to Biased and prejudiced. This Civil Action is for $2,000,000 Dollers if I Do no get moved to my County to Confront witness Due to Case 19-5086

P.S
U.S. Clerk Send me forms to Be Pro Se in this Civil Action Im in Jail Do not have forms

Pro Se Daniel Garcia

*[signature]*

412 E 15th St
Post Tx 79356

Pro-Se Daniel Garcia's
412 E 15 In SK
Post TX 79356

Legal
mail
Sent 1-13-2021

LUBBOCK TX 794
LUBBOCK TX 794
14 JAN 2021 PM 1 L

INMATE MAIL

RECEIVED
JAN 19
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

79401-402759

United States Court District
United States Clerk
1205 Texas Ave. Room 209
Lubbock TX 79401

